UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE JONES                                    CIVIL ACTION

VERSUS                                          NO: 20-1201

INDIAN HARBOR INSURANCE CO.                     SECTION "H"

## ORDER AND REASONS

Before the Court are Defendant Indian Harbor Insurance Co.'s Motion
in Limine (Doc. 17) and Motion to Strike (Doc. 18). For the following reasons,
the Motion in Limine is **GRANTED**, and the Motion to Strike is **DENIED**.

## BACKGROUND

This matter arises out of an automobile accident in which the car that
Plaintiff Tyrone Jones was driving was struck in a hit and run by an unknown
driver. Plaintiff alleges that at the time of the accident Defendant Indian
Harbor Insurance Co. had issued a policy that provided him with uninsured
motorist coverage. Trial in this matter is set for May 9, 2022. Defendant has
moved to (1) limit reference in front of the jury to insurance policy limits, and

1

(2) strike Plaintiff's untimely witness and exhibit list. This Court will consider each motion in turn.

## LAW AND ANALYSIS

### A. Motion in Limine to Exclude Reference to Insurance Policy Limits

Defendant moves for an order excluding any reference at trial regarding its policy limits as irrelevant. Plaintiff has not opposed this Motion. It is well settled that where there is not a dispute over policy limits, such information is not probative of liability or damages and is therefore properly excluded.[1] Defendant's Motion is **GRANTED**.

### B. Motion to Strike Witness and Exhibits List

Next, Defendant moves to strike Plaintiff's witness and exhibits list as untimely. The deadline to file witness and exhibits lists in this matter was April 14, 2021. Plaintiff did not file his witness and exhibits list until June 3, 2021—shortly after the filing of this Motion. The Court does not, however, find any prejudice to Defendant for this delay. First, the individuals included in Plaintiff's witness list are the same as those identified in his initial disclosures in November 2020. These individuals were also included in Defendant's

---

[1] *See* Corbin v. Hagan, No. 06-11447, 2007 WL 3268466, at *1 (E.D. La. Oct. 19, 2007) ("Under Rule 411 of the Federal Rules of Evidence, 'evidence that a person was or was not insured against liability is not admissible upon the issue of whether the person acted negligently or otherwise wrongfully.' This exclusion encompasses policy limits, as they are necessarily an indication of insurance. Accordingly, the Court excludes any evidence of defendants' insurance policy.").

witness and exhibits list. Further, trial in this matter was continued from August 9, 2021 to May 9, 2022. Accordingly, this Motion is **DENIED**.

## CONCLUSION

For the foregoing reasons, the Motion in Limine is **GRANTED**, and the Motion to Strike is **DENIED**.

New Orleans, Louisiana this 26th day of January, 2022.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

3